## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HARFORD MUTUAL INSURANCE COMPANY** | : | |
| **200 North Main Street** | : | |
| **Bel Air, Maryland 21014** | | |
| | : | |
| *Plaintiff,* | | |
| | : | **Civil Case No.:**_____ |
| **v.** | | |
| | : | |
| **MURPHY'S OF D.C., INC.** | : | |
| **2605 and 2609 24th Street, N.W.** | | |
| **Washington, D.C. 20008** | : | |
| | | |
| *Defendant.* | : | |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## NOTICE OF FILING OF LENGTHY EXHIBIT

Exhibit A to the Complaint filed in this matter exists only in paper format and is 15 pages

or longer. It will be filed with the Clerk's Office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies

of the documents identified above.


Dated: September 19, 2005                Respectfully submitted,

*George E. Reede /KLHP*
_____
GEORGE E. REEDE, JR.
Federal Bar No. 430462
NILES, BARTON & WILMER, LLP
111 South Calvert Street, Suite 1400
Baltimore, Maryland 21202
(410) 783-6432
(410) 783-6363 – facsimile
*Counsel for Plaintiff,*
*Harford Mutual Insurance Company*