IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

**HARFORD MUTUAL INSURANCE** :
**COMPANY**
                                              :
    *Plaintiff,*
                                              :    Civil Case No.: 1:05-cv-01876-JGP
v.
                                              :

**MURPHY'S OF D.C., INC.**        :

    *Defendant.*
\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## **CERTIFICATE OF CORPORATE DISCLOSURE**

Pursuant to Local Rule 7.1, the undersigned certifies that to the best of his knowledge and belief, the following are the parent, subsidiary, and affiliated companies of Plaintiff Harford Mutual Insurance Company, which is a member of the Harford Mutual Insurance Companies:

    Firstline National Insurance Company
    Harford Mutual Insurance Company


                                 /s/
                        GEORGE E. REEDE, JR.
                        Bar No. 430462
                        Niles, Barton & Wilmer, LLP
                        111 S. Calvert street, Suite 1400
                        Baltimore, MD 21202
                        (410) 783-6300
                        Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of October, 2005, a copy of the Certificate of Corporate Disclosure was served on the Defendant via this Court's Electronic Filing System.

/s/
GEORGE E. REEDE