## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

Harford Mutual Insurance Company
Plaintiff(s)

Case Number: <u>1:05CV01876 JGP</u>

vs

Murphy's of DC Inc.
Defendant(s)

### AFFIDAVIT OF SERVICE

I, Alex M. Hernandez, hereby certify that on October 24, 2005 at 2:50 PM, I executed service of process upon **MARY B. PEREIRA, GENERAL MANAGER, AUTHORIZED TO ACCEPT SERVICE OF MURPHY'S OF DC, INC.** 2609 24th Street NW, Washington, DC 20008, by delivering to and leaving with personally, copies of Summons in a Civil Case, Notice of right to Consent to Trial Before a United States Magistrate Judge, Complaint Exhibits.

Mary B. Pereira is described as a White Female, approximately 5' 6" tall, 250-275 pounds, Brown eyes, Brown hair, and 41 years of age. The undersigned further certifies that my place of business is: 331 8th Street, NE, Washington, DC 20002; that I am 40 years of age, Date of Birth 12/1/64; and that I am not a party to this action.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing information is true and correct. Executed on October 24, 2005.

Date October 24, 2005.

_____
Alex M. Hernandez

WASHINGTON, THE DISTRICT OF COLUMBIA
Subscribed and sworn to before me on October 24, 2005.

_Shandora Dobson_

My Commission Expires:

Shandora Dobson
Notary Public, District of Columbia
My Commission Expires 12-14-2008