UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HARFORD MUTUAL** | ) | |
| **INSURANCE CO.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-1876 (JGP) |
| | ) | |
| **MURPHY'S OF D.C., INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**SCHEDULING ORDER**

This case was filed on September 22, 2005. The parties submitted a joint statement [6] on December 12, 2005. Based on the representations in that statement, it is hereby **ORDERED**

1. The case will remain with this Court for all purposes. The case may be assigned to a Magistrate Judge for the purpose of resolving any discovery disputes. In the event of a discovery dispute, the parties must meet and confer in an effort to resolve the dispute. If a discovery motion is filed, the moving party must certify that the parties have met and conferred in an effort to resolve the dispute.

2. The parties shall exchange witness lists on or before January 20, 2006.

3. The parties shall make post-Fed. R. Civ. P. 26(a) discovery requests on or before February 6, 2006.

4. Expert witness testimony proponents shall file statements pursuant to Fed. R. Civ. P. 26(a)(2) on or before February 20, 2006.

5. Expert witness testimony opponents shall file statements pursuant to Fed. R. Civ. P.

26(a)(2) on or before March 21, 2006.

6.  All discovery, including expert discovery and depositions, shall be completed on or before April 20, 2006.

7.  The parties shall advise the Court if they think mediation is appropriate.  If the case is referred for mediation, discovery will proceed as scheduled.

8.  The initial scheduling conference initially set for December 20, 2005 is continued. The parties shall appear for a status conference on May 2, 2006 at 10:30 A.M in Courtroom 15.

**SO ORDERED.**

**DATE: December 21, 2005**                                          **JOHN GARRETT PENN**
                                                                     **United States District Judge**