## IN THE UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HARFORD MUTUAL INSURANCE COMPANY** | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | Civil Case No.: 1:05-cv-01876-JGP |
| v. | : | |
| | : | |
| **MURPHY'S OF D.C., INC.** | : | |
| | : | |
| *Defendant.* | : | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION TO MODIFY SCHEDULING ORDER

The parties, Harford Mutual Insurance Company ("Harford Mutual") and Murphy's of DC, Inc. ("Murphy's"), through their undersigned counsel, hereby jointly request that this honorable Court extend the discovery period and deadlines set by its Scheduling Order in this matter for an additional 120 days and state:

1. The parties have exchanged written discovery responses and at this point believe an additional party may be necessary to resolve this case. Specifically, additional time will be necessary to conduct depositions and ascertain whether Defendant's insurer should be added as an additional party.

2. Pursuant to the scheduling order, discovery must be completed by April 20, 2006.

3. This is the first extension requested by the parties.

WHEREFORE, the parties request that the Court extend the discovery period and deadlines established in the Scheduling Order for an additional 120 days as indicated in the accompanying proposed Order which is hereby incorporated by reference.

Respectfully submitted,

| | |
|---|---|
| /s/ | /s/ |
| GEORGE E. REEDE, JR. #430462 | FREDERICK GRECO #361788 |
| NILES, BARTON & WILMER, LLP | GRECO & GRECO, PC |
| 111 S. Calvert Street, Suite 1400 | 1300 Old Chain Bridge Road |
| Baltimore, Maryland 21202 | McLean, Virginia 22101 |
| (410) 783-6432 | (703) 821-2777 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of February, 2006, a copy of the foregoing Joint Motion to Modify Scheduling Order was sent via this Court's electronic filing system to:

Fred Greco, Esquire
Greco & Greco PC
1300 Old Chain Bridge Road
McLean, Virginia 22101

/s/
George E. Reede, Jr.