IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HARFORD MUTUAL INSURANCE COMPANY** | : | |
| | : | |
| *Plaintiff,* | | |
| | : | Civil Case No.: 1:05-cv-01876-JGP |
| v. | | |
| | : | |
| **MURPHY'S OF D.C., INC.** | : | |
| | | |
| *Defendant.* | : | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

## ORDER

Upon consideration of the Joint Motion to Modify the Scheduling Order filed by the parties in this matter and for good cause shown, it is this _____ day of _____, 2006, hereby

**ORDERED** that the motion is **GRANTED**; and further

**ORDERED** that the deadlines in the Scheduling Order shall be amended as follows:

| | |
|---|---|
| Plaintiff's Rule 26(a)(2) disclosures re: experts | June 20, 2006 |
| Defendant's Rule 26(a)(2) disclosures re: experts | July 20, 2006 |
| Plaintiff's rebuttal Rule 26(a)(2) disclosures re: experts | August 1, 2006 |
| <u>Discovery deadline; submission of status report</u> | August 21, 2006 |
| Requests for admission | July 21, 2006 |
| <u>Dispositive pretrial motions deadline</u> | September 20, 2006 |
| Status Conference | September 2006 |

                                          2

_____
The Honorable John Garrett Penn
Judge, United States District Court for the
District of Columbia

cc:

| | |
|---|---|
| GEORGE E. REEDE, JR. #430462<br>NILES, BARTON & WILMER, LLP<br>111 S. Calvert Street, Suite 1400<br>Baltimore, Maryland 21202<br>(410) 783-6432<br>*Attorneys for Plaintiff* | FREDERICK D. GRECO #361788<br>GRECO & GRECO, PC<br>1300 Old Chain Bridge Road<br>McLean, Virginia 22101<br>(703) 821-2777<br>*Attorneys for Defendant* |