UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **HARFORD MUTUAL** ) <br> **INSURANCE CO.,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **MURPHY'S OF D.C., INC.,** ) <br> ) <br> **Defendant.** ) | Civil Action No. 05-1876 (JGP) |

**ORDER**

Upon consideration of the parties' Joint Motion to Modify Scheduling Order [8], it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that the parties comply with the following deadlines:

1.  Plaintiff may file expert witness reports pursuant to Fed. R. Civ. P. 26(a)(2) on or before June 20, 2006.

2.  Defendant may file expert witness reports pursuant to Fed. R. Civ. P. 26(a)(2) on or before July 20, 2006.

3.  Plaintiff may file rebuttal expert witness reports pursuant to Fed. R. Civ. P. 26(a)(2) on or before August 1, 2006.

4.  The parties may file requests for admission pursuant to Fed. R. Civ. P. 36 on or before July 21, 2006.

5.  All discovery shall be completed on or before August 21, 2006.

6.  The parties shall submit a joint status report on or before August 21, 2006.

6. The parties shall appear for a status hearing on September 6, 2006 at 10:00 A.M. in Courtroom 15.

7. The parties shall file dispositive motions on or before September 20, 2006.

**SO ORDERED.**

DATE:  February 22, 2006                                         JOHN GARRETT PENN
                                                                 **United States District Judge**