IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **HARFORD MUTUAL INSURANCE COMPANY** | : | |
| | : | |
| *Plaintiff,* | : | |
| | : | Civil Case No.: 1:05-cv-01876-JGP |
| v. | : | |
| | : | |
| **MURPHY'S OF D.C., INC.** | : | |
| *Defendant.* | : | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to FED. R. CIV. PROC.41(a)(1), through counsel, the parties voluntarily dismiss this matter WITH PREJUDICE.

Respectfully submitted,

  /s/  _____            /s/  _____
GEORGE E. REEDE, JR. #430462            FREDERICK GRECO #361788
NILES, BARTON & WILMER, LLP             GRECO & GRECO, PC
111 S. Calvert Street, Suite 1400               1300 Old Chain Bridge Road
Baltimore, Maryland 21202                    McLean, Virginia 22101
(410) 783-6432                                  (703) 821-2777
*Attorneys for Plaintiff*                              *Attorneys for Defendant*


APPROVED:  _____
                John Garrett Penn
                United States District Court Judge

DATE:  _____

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of July, 2006, a copy of the foregoing Voluntary Stipulation of Dismissal With Prejudice was sent via this Court's electronic filing system to:

Fred Greco, Esquire
GRECO & GRECO, P.C.
1300 Old Chain Bridge Road
McLean, Virginia 22101

/s/
George E. Reede, Jr.