IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF COLUMBIA

HARFORD MUTUAL INSURANCE
COMPANY

    *Plaintiff,*

v.                                    Civil Case No.: 1:05-cv-01876-JGP

MURPHY'S OF D.C., INC.

    *Defendant.*

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. PROC.41(a)(1), through counsel, the parties voluntarily dismiss this matter WITH PREJUDICE.

Respectfully submitted,

| /s/ | /s/ |
|---|---|
| GEORGE E. REEDE, JR. #430462 | FREDERICK GRECO #361788 |
| NILES, BARTON & WILMER, LLP | GRECO & GRECO, PC |
| 111 S. Calvert Street, Suite 1400 | 1300 Old Chain Bridge Road |
| Baltimore, Maryland 21202 | McLean, Virginia 22101 |
| (410) 783-6432 | (703) 821-2777 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

APPROVED: [signature]
John Garrett Penn
United States District Court Judge

DATE: August 10, 2006